IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **LARRY REEVES** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **Civil Action No.** |
| : | **7:08-CV-131-HL** |
| **THOMAS COUNTY, GEORGIA** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

Default was entered against Defendant Thomas County, Georgia on January 6, 2009. Plaintiff then filed a Motion for Default Judgment (Doc. 5), and Defendant subsequently filed a Motion to Set Aside Default (Doc. 8). After Defendant filed its Motion, Plaintiff filed a Notice (Doc. 13) that states he does not object to the Court setting aside the entry of default. As a result, Defendant's Motion to Set Aside Default is granted, and Plaintiff's Motion for Default Judgment is denied. Defendant shall have twenty (20) days from the entry of this Order to file an Answer to Plaintiff's Complaint.

**SO ORDERED**, this the 27th day of May, 2009.

                                                  *s/  Hugh Lawson*
                                                  **HUGH LAWSON, Judge**

dhc